# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00688-CV

**Kyle McCarrell, Appellant**

**v.**

**Chardonnay at Wells Branch Associates LP d/b/a Chardonnay at Wells Branch, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-10-007478, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kyle McCarrell's brief was due on December 8, 2010. On January 11, 2011, this Court notified McCarrell that his brief was overdue and that a failure to respond to the overdue notice by January 21, 2011 could result in the dismissal of this appeal for want of prosecution. To date, McCarrell has not filed a brief or otherwise responded to the overdue notice. Accordingly, we dismiss this appeal for want of prosecution.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Prosecution

Filed: March 11, 2011